JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS,<br><br>       Plaintiff,<br><br>   v.<br><br>ANIL G. PATEL d/b/a THE BERRY INN, as Trustee of The Anil G. Patel and Kiran A. Patel Living Trust; and<br>DOES 1 to 10,<br><br>       Defendants. | Case No. 8:24-cv-02538-JWH-JDEx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about January 13, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 21, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE